Susan Rutter ZORICH,
Plaintiff/Respondent,

v.

Robert G. ZORICH, Defendant/Appellant.

No. 71748.

Missouri Court of Appeals,
Eastern District,
Division One.

March 10, 1998.

Ryan & Porzenski, Joseph J. Porzenski, St. Charles, for defendant/appellant.

Lott & Schaeffer, Clayton, for plaintiff/respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

In this appeal from a divorce action, Robert Zorich alleges the trial court erred in its division of marital property between spouses, contending it was an abuse of discretion to award his wife, Susan Zorich, a large portion of marital property. He also complains that the trial court erred because it did not award him attorney's fees.

The trial court's judgment is supported by substantial evidence, is not against the weight of the evidence and does not erroneously declare or apply the law. No jurisprudential purpose would be served by a written opinion.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Robert LEE, Jr., Appellant.

No. 71820.

Missouri Court of Appeals,
Eastern District,
Division One.

March 10, 1998.

Susan K. Eckles, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

ORDER

PER CURIAM.

Robert Lee, Jr., Defendant, appeals from the judgment entered after a jury convicted him of felony stealing $150 or more in violation of section 570.030.3(1), RSMo Cum.Supp. 1996. The trial court sentenced Defendant to six months confinement in the county jail and a $100 fine, but suspended execution of his sentence and placed him on five years supervised probation. As a condition of probation, Defendant was ordered to pay restitution of $5,200 to the victims.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).